UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. 1:22-cr-118-LM-01 |
| | ) | |
| v. | ) | |
| | ) | **18 U.S.C. §§ 2251(a) & (e)** |
| **RICHARD J. CRISPIN,** | ) | **18 U.S.C. § 2253(a)** |
| **Defendant** | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. §§ 2251(a) & (e)
[Sexual Exploitation of a Minor]

On an exact date unknown to the Grand Jury, but on or before March 10, 2021, in the District of New Hampshire, the defendant,

**RICHARD J. CRISPIN,**

did employ, use, persuade, induce, entice, and coerce Minor Victim A, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means.

All in violation of 18 U.S.C. §§ 2251(a) and (e).

## **NOTICE OF FORFEITURE**

Upon conviction, the defendant shall forfeit to the United States, pursuant to 18 U.S.C.§ 2253(a): (1) any matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of 18 U.S.C. § 2251; (2) any property constituting or traceable to gross profits or other proceeds obtained from the offense; and (3) any property used or intended to be used to commit or to promote the commission of the offense.

A TRUE BILL

Date: October 24, 2022

/s/ Foreperson
Grand Jury Foreperson

JANE E. YOUNG
United States Attorney

/s/ Cam T. Le
Cam T. Le
Assistant United States Attorney