UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No.  1:22-CR- |
| ) | |
| RICHARD J. CRISPIN ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 24th day of October, 2022.

This 24th day of October, 2022.

JANE E. YOUNG
United States Attorney

By: /s/ Cam T. Le
    Cam T. Le
    Assistant U.S. Attorney

WARRANT ISSUED: _____